# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL C. MAGEE,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-02002-SMS<br><br>ORDER GRANTING DEFENDANT COMAITES' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 4) |

      Plaintiff Ruchell C. Magee is a state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983. Defendant Comaites removed this action from Kings County Superior Court on October 21, 2010.[1] 28 U.S.C. § 1441(b). Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

      Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:   November 1, 2010**          /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The status of Defendants Clark and Hubbard is not clear. They did not join in the notice of removal.

1