# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | CASE NO. 1:10-cv-2002 AWI SMS (PC) |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 11 and 12) |
| KEN CLARK, et al., | |
| Defendants. | |

    This action was removed from Kings County Superior Court on October 21, 2010, by Defendant Comaites. 28 U.S.C. § 1441(b). Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se, filed a notice of voluntarily dismissal on November 8, 2010. Fed. R. Civ. P. 41(a)(1)(i). On November 24, 2010, Plaintiff filed a motion seeking to have this case forwarded to the Department of Justice, and a motion seeking entry of final judgment.

    The Court does not forward cases to the Department of Justice for review. If Plaintiff wishes to contact that agency and request an investigation or other relief, he may do so.

    Because this action was voluntarily dismissed by Plaintiff, without prejudice, there is no final judgment. Concha v. London, 62 F.3d 1493, 1507 (9th Cir. 1995).

    Plaintiff's motions are HEREBY DENIED.

IT IS SO ORDERED.

Dated: December 10, 2010

CHIEF UNITED STATES DISTRICT JUDGE

1