# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | CASE NO. 1:10-cv-02002-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 14) |
| KEN CLARK, et al., | |
| Defendants. | |

This action was removed from Kings County Superior Court on October 21, 2010, by Defendant Comaites. 28 U.S.C. § 1441(b). Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se, filed a notice of voluntarily dismissal on November 8, 2010. Fed. R. Civ. P. 41(a)(1)(i). On November 15, 2010, the Clerk of the Court closed this action.

On January 5, 2011, Plaintiff filed a motion seeking an order remanding this action to superior court.

Plaintiff voluntarily dismissed this action. Plaintiff's motion for remand is therefore DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   January 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1