# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>           Plaintiff,<br><br>      v.<br><br>KEN CLARK, et al.,<br><br>           Defendants.<br> | CASE NO. 1:10-cv-02002-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE<br><br>(Doc. 16) |

This action was removed from Kings County Superior Court on October 21, 2010, by Defendant Comaites, 28 U.S.C. § 1441(b), and it was closed on November 8, 2010, pursuant to Plaintiff Ruchell Cinque Magee's notice of voluntarily dismissal, Fed. R. Civ. P. 41(a)(1)(i).  On January 14, 2011, the Court denied Plaintiff's motions seeking to have this case forwarded to the Department of Justice and seeking entry of final judgment, filed November 24, 2010.  Pending before the Court is Plaintiff's motion for reconsideration, filed February 9, 2011.

Plaintiff's motion for reconsideration is groundless and is HEREBY DENIED, with prejudice.  Fed. R. Civ. P. 60(b); Local Rule 230(j).

IT IS SO ORDERED.

Dated:  February 15, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1